IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| Brenda K. Ermi and Armando Emri, | ) | C/A No. 2:06-541 |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER and OPINION** |
| David S. Babich and John Avery Livengood, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

On May 19, 2006 this court denied plaintiffs' motion to remand by oral order. The court determined that defendant John Avery Livengood was a sham defendant. As such, it is hereby **ORDERED** that defendant John Avery Livengood is **DISMISSED** from the above-captioned action.

**AND IT IS SO ORDERED.**

_____
**DAVID C. NORTON**
**UNITED STATES DISTRICT JUDGE**

**July 31, 2006**
**Charleston, South Carolina**